THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OSCAR BICKEL, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAN CASTRILLO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CECELIA LEDERLE, Appellant.

Argued October 6, 1955; decided November 23, 1955.

*Howard A. Rochford* and *Raymond Keran O'Brien* for appellants.

*Peter Campbell Brown, Corporation Counsel (Anthony Curreri* and *Seymour B. Quel* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.